1  J. Andrew Coombs (SBN 123881)
   Nicole L. Drey (SBN 250235)
2  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
3  Glendale, California 91206
   Telephone: (818) 500-3200
4  Facsimile:  (818) 500-3201

5  andy@coombspc.com
   nicole@coombspc.com
6
   Attorneys for Plaintiff
7  Adobe Systems Incorporated

**ORIGINAL FILED**
MAY 1 2 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 Adobe Systems Incorporated,           )  Case No. C08 02434 SI
11                                       )
                   Plaintiff,            )  PLAINTIFF'S DECLINATION TO
12        v.                             )  PROCEED BEFORE MAGISTRATE
                                         )  JUDGE AND REQUEST FOR
13 Gabrielle Berthelot-Leven and Does 1 – 10, )  REASSIGNMENT TO A UNITED
   inclusive,                            )  STATES DISTRICT JUDGE
14                                       )
                   Defendants.           )
15

16    **REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

17        The undersigned party hereby declines to consent to the assignment of this case to a United

18 States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case

19 to a United States District Judge.

20 Dated: May __, 2008                    J. Andrew Coombs, A Professional Corp.
21
22                                        By: _____
                                               J. Andrew Coombs
23                                             Nicole L. Drey
                                          Attorneys for Plaintiff Adobe Systems Incorporated

Adobe v. Berthelot-Leven: Declination to Proceed Before    - 1 -
Magistrate