1  J. Andrew Coombs (SBN 123881)
2  Nicole L. Drey (SBN 250235
   J. Andrew Coombs, A Prof. Corp.
3  517 East Wilson Avenue, Suite 202
   Glendale, California 91206
4  Telephone: (818) 500-3200
   Facsimile:  (818) 500-3201

5  andy@coombspc.com
   nicole@coombspc.com
6
   Attorneys for Plaintiff
7  Adobe Systems Incorporated

E-FILING

ADR

ORIGINAL FILED
MAY 1 2 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA

10 Adobe Systems Incorporated,           )   Case No. C08 02434 SI
11                                       )
                   Plaintiff,            )   NOTICE OF INTERESTED PARTIES
12        v.                             )
                                         )   CIVIL LOCAL RULE 3-16(c)(1)
13 Gabrielle Berthelot-Leven and Does 1 – 10, )
   inclusive,                            )
14                                       )
                   Defendants.           )
15

16     Pursuant to Civil Rule 3-16, the undersigned certifies that as of this date, other than the

17 named parties, there is no such interest to report.

18
   Dated: May 8, 2008                         J. Andrew Coombs, A Professional Corp.
19
20                                             By: /s/ Nicole L. Drey
                                                   J. Andrew Coombs
21                                                 Nicole L. Drey
                                                   Attorneys for Plaintiff Adobe Systems Incorporated
22



Adobe v. Berthelot-Leven: Notice of Interested Parties         - 1 -