1  J. Andrew Coombs (SBN 123881)
   andy@coombspc.com
2  Nicole L. Drey (SBN 250235)
   nicole@coombspc.com
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:  (818) 500-3200
5  Facsimile:  (818) 500-3201

6  Attorneys for Plaintiff Adobe
7  Systems Incorporated

8  Gabrielle Berthelot-Leven
   gberthelotleven@gmail.com
9  7729 NW 116th Path
   Medley, Florida 33178
10 Telephone:  (727) 742-6642

11 Defendant, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| Adobe Systems Incorporated, ) | Case No. C08-2434 SI |
| ) | |
| Plaintiff, ) | JOINT STIPULATION TO CONTINUE |
| v. ) | CASE MANAGEMENT CONFERENCE |
| ) | |
| Gabrielle Berthelot-Leven and Does 1 through ) | |
| 10, inclusive, ) | |
| ) | |
| Defendants. ) | |

PLAINTIFF Adobe Systems Incorporated ("Adobe" or "Plaintiff"), by and through its counsel of record, Nicole L. Drey, of J. Andrew Coombs, A P.C., and Defendant Gabrielle Berthelot-Leven ("Defendant"), *in pro se*, hereby stipulate and agree as follows:

WHEREAS the Court set the Scheduling Conference in the above-captioned matter on August 22, 2008, at 2:00 p.m.;

WHEREAS Adobe and the Defendant are attempting to finalize resolution of the claims alleged in the Complaint herein;

WHEREAS there have been no prior continuances requested by the Parties; and

NOW, THEREFORE, Adobe and the Defendant stipulate and agree that the Case Management Conference in the above captioned matter be continued until October 31, 2008, or a date thereafter acceptable to the Court.

Dated: __8/14__, 2008    J. Andrew Coombs, A Professional Corp.

By: _/s/ Nicole L. Drey_
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

Dated: __8/14__, 2008    Gabrielle Berthelot-Leven

By: _/s/ Gabrielle Berthelot-Leven_
Gabrielle Berthelot-Leven
Defendant, *in pro se*

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On August 14, 2008, I served on the interested parties in this action with the:

- JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
- [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

for the following civil action:

Adobe Systems Incorporated v. Gabrielle Berthelot-Leven, et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Gabrielle Berthelot-Leven<br>7729 NW 116th Path<br>Medley, FL 33178 | |
|---|---|

Place of Mailing: Glendale, California
Executed on August 14, 2008, at Glendale, California

_____
Nicole L. Drey

1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Nicole L. Drey (SBN 250235)
   *nicole@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:   (818) 500-3200
5  Facsimile:   (818) 500-3201

6  Attorneys for Plaintiff Adobe
   Systems Incorporated
7
8  Gabrielle Berthelot-Leven
   *gberthelotleven@gmail.com*
9  7729 NW 116th Path
   Medley, Florida 33178
10 Telephone:   (727) 742-6642

11 Defendant, *in pro se*

12

13                UNITED STATES DISTRICT COURT

14         NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

15 Adobe Systems Incorporated,         )  Case No. C08-2434 SI
                                       )
16              Plaintiff,             )  [PROPOSED] ORDER GRANTING
        v.                             )  CONTINUANCE OF CASE
17                                     )  MANAGEMENT CONFERENCE
   Gabrielle Berthelot-Leven and Does 1 through )
18 10, inclusive,                      )
                                       )
19              Defendants.            )
                                       )
20

21      On or about May 12, 2008, the Court set a Case Management Conference on August 22,

22 2008, at 2:00 p.m.

23      The Parties thereafter filed their joint request to continue the Case Management Conference
   to allow them sufficient time to draft and exchange settlement documents.
24

25

26

27

28

Adobe v. Berthelot-Leven: [Proposed] Order Granting          - 1 -
Continuance of Case Management Conference

1      In light of the request, the Case Management Conference currently on calendar for August
2  22, 2008, at 2:00 p.m. is continued until _____, at _____.

4  IT IS SO ORDERED:

6  Dated:                                             _____
7                                                      Hon. Susan Illston
                                                    United States District Judge, Northern District of
                                                    California

8  PRESENTED BY:

9  J. Andrew Coombs, A Professional Corp.

11  By: _/s/ Nicole L. Drey_____
12       J. Andrew Coombs
     Nicole L. Drey
13  Attorneys for Plaintiff Adobe Systems
Incorporated

15  Gabrielle Berthelot-Leven

16  By: _/s/ Gabrielle Berthelot-L.___
17      Gabrielle Berthelot-Leven
Defendant, *in pro se*

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On August 14, 2008, I served on the interested parties in this action with the:

- JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
- [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

for the following civil action:

<u>Adobe Systems Incorporated v. Gabrielle Berthelot-Leven, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Gabrielle Berthelot-Leven<br>7729 NW 116th Path<br>Medley, FL 33178 | |

Place of Mailing: Glendale, California
Executed on August 14, 2008, at Glendale, California

_Nicole L. Drey_
Nicole L. Drey