J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:    (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiff Adobe
Systems Incorporated

Gabrielle Berthelot-Leven
*gberthelotleven@gmail.com*
7729 NW 116th Path
Medley, Florida 33178
Telephone:    (727) 742-6642

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Gabrielle Berthelot-Leven and Does 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. C08-2434 SI<br><br>[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

On or about May 12, 2008, the Court set a Case Management Conference on August 22, 2008, at 2:00 p.m.

The Parties thereafter filed their joint request to continue the Case Management Conference to allow them sufficient time to draft and exchange settlement documents.

1  In light of the request, the Case Management Conference currently on calendar for August
2  22, 2008, at 2:00 p.m. is continued until _____, at _____.

3

4  IT IS SO ORDERED:

5  *[signature: Susan Illston]*

6  Dated: _____

   Hon. Susan Illston
7  United States District Judge, Northern District of California

8

   PRESENTED BY:
9
   J. Andrew Coombs, A Professional Corp.
10

11 By: *[signature: Nicole L Drey]*
        J. Andrew Coombs
12      Nicole L. Drey
   Attorneys for Plaintiff Adobe Systems
13 Incorporated

14

15 Gabrielle Berthelot-Leven

16
   By: *[signature: Gabrielle Berthelot-L]*
17      Gabrielle Berthelot-Leven
   Defendant, *in pro se*

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On August 14, 2008, I served on the interested parties in this action with the:

- JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
- [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

for the following civil action:

<u>Adobe Systems Incorporated v. Gabrielle Berthelot-Leven, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Gabrielle Berthelot-Leven<br>7729 NW 116th Path<br>Medley, FL 33178 | |

Place of Mailing: Glendale, California
Executed on August 14, 2008, at Glendale, California

_Nicole L. Drey_
Nicole L. Drey