```
1  J. Andrew Coombs (SBN 123881)
   andy@coombspc.com
2  Nicole L. Drey (SBN 250235)
   nicole@coombspc.com
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile: (818) 500-3201

6  Attorneys for Plaintiff Adobe
   Systems Incorporated
7
   Gabrielle Berthelot-Leven
8  gberthelotleven@gmail.com
   Jerry St. Charles
9  jerrystc@bellsouth.net
   11438 Booker T. Washington Blvd.
10 Miami, Florida 33176
   Telephone:    (727) 742-6642
11
12 Defendants, in pro se
```



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Adobe Systems Incorporated, | Case No. C08-2434 SI |
| Plaintiff, | JOINT NOTICE OF SETTLEMENT AND [PROPOSED] ORDER VACATING COURT DATES |
| v. | |
| Gabrielle Berthelot-Leven, Jerry St. Charles and Does 2-10, inclusive, | |
| Defendants. | |

TO THE COURT:

PLEASE TAKE NOTICE THAT Plaintiff Adobe Systems Incorporated ("Adobe") and Defendants Gabrielle Berthelot-Leven and Jerry St. Charles (collectively "Defendants") hereby supply this notice that they have reached an agreement on the principal terms necessary to settle Adobe's claims. The Parties are in the process of documenting the terms upon which they have agreed and will file appropriate closing documents, including a proposed judgment of infringement and injunction by November 26, 2008.

Adobe v. Berthelot-Leven, et al.: Joint Notice of Settlement and
[Proposed] Order Vacating Court Dates

Accordingly, Adobe and Defendants request that all court dates, including the Case Management Conference set for November 7, 2008, be vacated.

Dated: October 30, 2008

J. Andrew Coombs, A Professional Corp.

By: /s/ Nicole L. Drey
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

Dated: October 30, 2008

Gabrielle Berthelot-Leven

By: /s/ Gabrielle Berthelot-Leven
Gabrielle Berthelot-Leven
Defendant, *in pro se*

Dated: October 30, 2008

Jerry St. Charles

By: /s/
Jerry St. Charles
Defendant, *in pro se*

### [PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS ORDERED.

DATED: _____, 2008

/s/ Susan Illston
Hon. Susan Illston
UNITED STATES DISTRICT JUDGE

Proposed Judgment and Injunction due to the Court by 11/28/08.

Adobe v. Berthelot-Leven, et al.: Joint Notice of Settlement and [Proposed] Order Vacating Court Dates

- 2 -

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On October 30, 2008, I served on the interested parties in this action with the:

- JOINT NOTICE OF SETTLEMENT AND [PROPOSED] ORDER VACATING COURT DATES

for the following civil action:

Adobe Systems Incorporated v. Gabrielle Berthelot-Leven, et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Gabrielle Berthelot-Leven<br>11438 Booker T. Washington Blvd.<br>Miami, FL 33176 | Jerry St. Charles<br>11438 Booker T. Washington Blvd.<br>Miami, FL 33176 |
|---|---|

Place of Mailing: Glendale, California
Executed on October 30, 2008, at Glendale, California

Nicole L. Brey